## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

NANCY MURRAY, MICHELLE MURRAY,          )
TAMMY WANEK, JASON WANEK, and           )
EDELMAN, COMBS, LATTURNER &             )
GOODWIN, LLC,                           )
                                        )
　　　　　Plaintiffs,                    )          FILED: AUG 05, 2008
                                        )
　　　v.                                 )  Case No. 08CV4407
                                        )
                                        )  JUDGE ANDERSON
GMAC MORTGAGE LLC, formerly             )
known as GMAC MORTGAGE                  )  MAGISTRATE JUDGE COLE
CORPORATION, doing business as          )  RCC
DITECH.COM,                             )
                                        )
　　　　　Defendant.                     )
                                        )

### NOTICE OF REMOVAL

　　　　Defendant, GMAC Mortgage, LLC ("GMACM"), by its attorneys, Thomas J.

Cunningham and Simon Fleischmann, hereby removes Case No. 08 L 6621 from the Circuit

Court of Cook County, Illinois, to the United States District Court for the Northern District of

Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1441 and 1446, and as grounds for its

removal states as follows:

　　　　1.　　　Plaintiffs filed a Complaint on June 18, 20008 in the Circuit Court of Cook

County, Illinois.  The action was assigned Case Number 08 L 6621.  A true and correct copy of

the Complaint is attached hereto as Exhibit 1.

　　　　2.　　　The Complaint asserts a single cause of action for breach of contract.

　　　　3.　　　Individual Plaintiffs Nancy Murray, Michelle Murray, Tammy Wanek, and Jason

Wanek are residents of Joliet, Illinois. (Complaint ¶¶ 2-3.)  Upon information and belief, these

individual plaintiffs are citizens of Illinois.  Edelman, Combs, Latturner & Goodwin LLC is a

law firm incorporated in Illinois with its principal place of business in Chicago, Illinois. (Complaint ¶ 4.)  Pursuant to 28 U.S.C. § 1332(c)(1), Edelman, Combs, Latturner & Goodwin LLC is therefore a citizen of Illinois for purposes of diversity jurisdiction.

4.    GMACM is a Delaware corporation with its principal place of business is Pennsylvania.  (Complaint ¶ 4.)  Pursuant to 28 U.S.C. § 1332(c)(1), GMACM is therefore a citizen of citizen of Delaware and Pennsylvania, but not Illinois, for purposes of diversity jurisdiction.

5.    Plaintiffs' Complaint seeks more than $75,000 in damages.  (Complaint at pg. 4.)

6.    Accordingly, the district court has original jurisdiction in this matter under 28 U.S.C. § 1332(a), as the matter in controversy exceeds $75,000 and is between citizens of different states.

7.    GMACM was served with a summons and Complaint on July 8, 2008.  True and correct copies of the papers reflecting service of process on GMACM are attached hereto as Exhibit 2.  This notice of removal is filed within 30 days of the date GMACM received the Summons and Complaint.

8.    Pursuant to 28 U.S.C. § 1446(a), Exhibits 1 and 2 contain true and correct copies of all of the process, pleadings, and orders served on the Defendant in the state court action.

WHEREFORE, Defendant, GMAC Mortgage, LLC, a Delaware limited liability company, hereby removes this cause from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division.

DATED:  August 5, 2008

Respectfully Submitted,

GMAC MORTGAGE, LLC


By:___ /s/ Simon Fleischmann_____
          One of its attorneys

Thomas J. Cunningham (6215928)
Simon Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0731
Facsimile: 312.896.6731

## CERTIFICATE OF SERVICE

The undersigned on oath states that he served the foregoing on:

Karl L. Halperin
Rosenfield, Kaplan & Halperin
6160 North Cicero Avenue, Suite 320
Chicago, IL 60646

by placing said document into a properly addressed envelope, first class postage prepaid, and placing said envelope into the U. S. Mail depository located at 111 South Wacker Drive, Chicago, Illinois on August 5, 2008 before the hour of 5:00 p.m.

/s/ Simon Fleischmann
Simon Fleischmann

# EXHIBIT 1

Atty. No. 91032

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

2008L006621
CALENDAR/ROOM Y
TIME 00:00
Breach of Contract

| | |
|---|---|
| NANCY MURRAY, MICHELLE MURRAY, TAMMY WANEK, JASON WANEK, and EDELMAN, COMBS, LATTURNER & GOODWIN, LLC, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GMAC MORTGAGE LLC, formerly known as GMAC MORTGAGE CORPORATION, doing business as DITECH.COM, | ) ) ) ) |
| Defendant. | ) ) |

## COMPLAINT – BREACH OF CONTRACT

1.     Nancy Murray, Michelle Murray, Tammy Wanek and Jason Wanek and Edelman,

Combs, Latturner & Goodwin, LLC ("Plaintiffs") seek redress for the breach of a contract

entered into in Chicago, Illinois, between them and GMAC Mortgage LLC, formerly known as

GMAC Mortgage Corporation and doing business as ditech.com ("Defendant" or "GMAC

Mortgage").

### PARTIES & VENUE

2.     Plaintiff Nancy Murray resides in Joliet, Illinois.  She was the plaintiff in an

action entitled *Murray v. GMAC Mortgage Corp.*, No. 05 C 1229 (N.D.Ill.), Appeal No. 07-2776

(7th Cir.), seeking relief under the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* ("FCRA").

3.     Plaintiffs Michelle Murray, Tammy Wanek and Jason Wanek reside in and around

Joliet, Illinois.  Each had a FCRA claim similar to the claim Nancy Murray brought against

1

GMAC Mortgage.

4.     Edelman, Combs, Latturner & Goodwin LLC is a law firm with offices at 120 South LaSalle Street, Chicago, Illinois. The firm represented Nancy Murray, Michelle Murray, Jason Wanek and Tammy Wanek with respect to their FCRA claims against GMAC Mortgage.

5.     GMAC Mortgage, a Delaware corporation, has its headquarters in Pennsylvania, and maintains offices in Cook County, Illinois and elsewhere. Its registered agent is Illinois Corporation Service, 801 Adlai Stevenson Drive, Springfield, Illinois. GMAC Mortgage does business in Cook County, Illinois.

6.     Most of the events relevant to this action took place in Cook County, Illinois.

7.     Based on defendant's activities in this county, venue is appropriate here.

## FACTS

8.     Nancy Murray sued GMAC Mortgage on March 2, 2005, claiming that GMAC Mortgage violated the FCRA by "prescreening" her credit information without a permissible purpose, and sending to her a "prescreened" solicitation.

9.     The case was heavily litigated, with both parties prevailing on decisions made at various stages of the case. See, *e.g., Murray v. GMAC Mortgage*, 434 F.3d 948 (7th Cir. 2006), *later decisions at* 483 F.Supp.2d 636 (N.D.Ill. 2007) and 532 F.Supp.2d 938 (N.D.Ill. 2007).

10.     At all times relevant to the parties' agreement to settle this case, an appeal brought by Nancy Murray was pending before the United States Court of Appeals for the Seventh Circuit.

11.     The parties engaged in settlement negotiations mediated by Rocco Spagna of the Court of Appeals's settlement conference office.

12.     On August 27, 2007, Mr. Spagna convened a face-to-face settlement conference at

2

his office, with Nancy Murray and GMAC Mortgage present through their counsel. Settlement was not reached on that day, but further settlement negotiations mediated by Mr. Spagna took place in March, 2008.

13.     A settlement agreement was reached on the afternoon of March 18, 2008, during a telephonic conference between Mr. Spagna and the parties, through counsel.

14.     Per the parties' agreement, the potential FCRA claims of plaintiffs Michelle Murray, Jason Wanek & Tammy Wanek would be resolved with Nancy Murray's claims. In addition, Edelman, Combs, Latturner & Goodwin would receive payment for attorneys' fees and costs.

15.     After the parties reached the oral settlement agreement, the parties took action to document the settlement.

16.     The parties agreed to the written settlement agreement attached hereto as <u>Exhibit 1</u> on April 8, 2008, which was distributed for signatures.

17.     Plaintiffs signed the agreement on April 12, 2008; those signatures were delivered to defendant on April 14, 2008. (<u>Exhibit 2</u>.)

18.     On April 18, 2008, the United States Court of Appeals for the Seventh Circuit entered an order affirming the decision of the Court below in this matter. *Murray v. GMAC Mortgage Corp.*, 2008 U.S. App. LEXIS 8864 (7th Cir. Apr. 18, 2008). This decision was based upon the Court's prior ruling in *Murray v. New Cingular Wireless Services, Inc.*, 2008 U.S. App. LEXIS 8004 (7th Cir. Apr. 16, 2008).

19.     On April 22, 2008, defendant claimed that circumstances had changed since the parties had entered into the agreement, refused to sign, and declined to perform.

3

20.    In a filing with the Court of Appeals, GMAC Mortgage acknowledged that a settlement agreement had been reached, stating that "in a series of discussions in late March, 2008 following the parties' completion of briefing in this case and prior to the rendering of this Court's decision of April 18, 2008, attorneys for the parties reached accord on a set of terms by which they indicated they were willing to settle the matter...." (Exhibit 3, ¶3.)

21.    Accordingly, there was an offer, an acceptance, and a meeting of minds on terms on an oral settlement agreement, as evidenced by the reduction of that oral agreement to a writing agreed to by the parties before the Seventh Circuit affirmed the decision on appeal.

22.    Counsel for plaintiffs diligently pursued the consummation of the settlement, through its regular communications to counsel for GMAC Mortgage and its prompt response to GMAC Mortgage's inquiries.

23.    Plaintiffs have performed under the contract as required.

24.    Defendant's refusal to perform under the settlement agreement it entered into with plaintiffs constitutes a breach of contract.

WHEREFORE, plaintiffs respectfully request that this Court enter a judgment in favor of plaintiffs and against defendant,

a.    awarding $1,000 to plaintiff Nancy Murray;

b.    awarding $500, each, to plaintiffs Michelle Murray, Jason Wanek and Tammy Wanek;

c.    awarding $150,000 to plaintiff Edelman, Combs, Latturner & Goodwin, LLC;

d.    awarding interest on any amount awarded, calculated in accordance with

4

applicable law and in a manner the Court finds just;

      e.     awarding costs, as well as attorney's fees and expenses; and

      f.     providing for all other appropriate relief.

                          Karl L. Halperin

Karl L. Halperin
Rosenfield, Kaplan & Halperin
6160 North Cicero Avenue, Suite 320
Chicago IL 60646
(773) 481-2700
(773) 481-0165 (fax)
klhalperin@yahoo.com

Attorney No. _____91032_____

5

**Thomas Soule**

| | |
|---|---|
| **From:** | Thomas Soule |
| **Sent:** | Tuesday, March 18, 2008 4:30 PM |
| **To:** | Goodin, Matthew; 'Cunningham, Thomas J.' |
| **Cc:** | Cathleen M. Combs; Catherine Latturner |
| **Subject:** | Murray v GMAC settlement |

Counsel:

Per a conversation I just had with Matt Goodin, we would like to have funds under this agreement sent to us by wire transfer. The following, I believe, is the information that you require for this to be done:

Bank: ▮▮▮▮▮▮▮▮▮▮▮▮
Routing No.: ▮▮▮▮▮▮▮
Account: Edelman Combs Latturner & Goodwin LLC Client Fund Account
Account No. ▮▮▮▮▮▮

**Redacted**

If you need anything else on this point, please do not hesitate to let me know.

Tom

Thomas E. Soule, Esq.
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 917-4535 (direct)
(312) 419-0379 (fax)



4/23/2008

## Thomas Soule

**From:** Cunningham, Thomas J. [TCunningham@lockelord.com]
**Sent:** Wednesday, March 19, 2008 7:47 PM
**To:** Thomas Soule
**Subject:** RE: Murray v GMAC settlement

Roger roger.

**From:** Thomas Soule [mailto:tsoule@edcombs.com]
**Sent:** Wednesday, March 19, 2008 7:47 PM
**To:** Cunningham, Thomas J.
**Subject:** RE: Murray v GMAC settlement

Emerging situation in another case today -- I need to get this information to you and will do so tomorrow morning.

Tom


Thomas E. Soule, Esq.
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 917-4535 (direct)
(312) 419-0379 (fax)


**From:** Cunningham, Thomas J. [mailto:TCunningham@lockelord.com]
**Sent:** Wednesday, March 19, 2008 11:18 AM
**To:** Thomas Soule
**Subject:** RE: Murray v GMAC settlement

Tom:

Please send me the names of the non-party Murray family members who will be parties to the settlement agreement and release and confirm that the agreement is that they will each receive $500.

Tom


**From:** Thomas Soule [mailto:tsoule@edcombs.com]
**Sent:** Tuesday, March 18, 2008 4:30 PM
**To:** Goodin, Matthew; Cunningham, Thomas J.
**Cc:** Cathleen M. Combs; Catherine Latturner
**Subject:** Murray v GMAC settlement

Counsel:

Per a conversation I just had with Matt Goodin, we would like to have funds under this agreement sent to us by wire transfer. The following, I believe, is the information that you require for this to be done:

Bank: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Routing No.: ▮▮▮▮▮▮▮▮
Account: Edelman Combs Latturner & Goodwin LLC Client Fund Account

*Redacted*

4/23/2008



EXHIBIT
B

Account No. ▮▮▮▮▮▮

If you need anything else on this point, please do not hesitate to let me know. 

Tom


Thomas E. Soule, Esq.
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 917-4535 (direct)
(312) 419-0379 (fax)


IRS Circular 230 Disclosure: United States Treasury Regulations provide that a taxpayer may rely only on formal written advice meeting specific requirements to avoid federal tax penalties. Any tax advice in the text of this message, or in any attachment, does not meet those requirements and, accordingly, is not intended or written to be used, and cannot be used, by any recipient to avoid any penalties that may be imposed upon such recipient by the Internal Revenue Service.


IMPORTANT/CONFIDENTIAL: This message from the law firm of Locke Lord Bissell & Liddell LLP is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.


4/23/2008

**Thomas Soule**

| | |
|---|---|
| **From:** | Thomas Soule |
| **Sent:** | Thursday, March 20, 2008 3:59 PM |
| **To:** | 'Cunningham, Thomas J.' |
| **Subject:** | List of additional plaintiffs |

This is the list:

Diana Wamback
Tammy Wanek
Michelle Murray
Darcy Bobo
Janet Piecuch
Linda Killingsworth

We may have one or two more; I am having my paralegal double-check.

I am leaving for the day but will be back tomorrow. Talk to you then.

Tom


Thomas E. Soule, Esq.
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 917-4535 (direct)
(312) 419-0379 (fax)



4/23/2008

## Thomas Soule

| | |
|---|---|
| From: | Thomas Soule |
| Sent: | Friday, March 21, 2008 2:12 PM |
| To: | 'Cunningham, Thomas J.' |
| Subject: | RE: Ditech list |

The letters that we have on file will be sent to you this afternoon.

Tom

-----Original Message-----
From: Cunningham, Thomas J. [mailto:TCunningham@lockelord.com]
Sent: Thursday, March 20, 2008 4:29 PM
To: Thomas Soule
Subject: RE: Ditech list

Each of these people received the same mailer Nancy Murray received?  Is there any chance
you have the mailers so we can see that these are all legitimate claimants?

-----Original Message-----
From: tsoule@edcombs.com [mailto:tsoule@edcombs.com]
Sent: Thursday, March 20, 2008 4:25 PM
To: Cunningham, Thomas J.
Subject: Ditech list

Add Jason Wanek to previous list.  Thanks.

Tom
Sent via BlackBerry by AT&T

IRS Circular 230 Disclosure:  United States Treasury Regulations provide that a taxpayer
may rely only on formal written advice meeting specific requirements to avoid federal tax
penalties. Any tax advice in the text of this message, or in any attachment, does not meet
those requirements and, accordingly, is not intended or written to be used, and cannot be
used, by any recipient to avoid any penalties that may be imposed upon such recipient by
the Internal Revenue Service.

IMPORTANT/CONFIDENTIAL: This message from the law firm of Locke Lord Bissell & Liddell LLP
is  privileged, confidential and exempt from disclosure under applicable law. If you are
not the intended recipient (or authorized to act on behalf of the intended recipient) of
this message, you may not disclose, forward, distribute, copy, or use this message or its
contents. If you have received this communication in error, please notify us immediately
by return e-mail and delete the original message from your e-mail system. Thank you.

********** -COMM. JOURNAL- ********** DATE MAR-21-2008 ***** TIME 13:30 **********

| | MODE = MEMORY TRANSMISSION | | START=MAR-21 13:26 | END=MAR-21 13:30 | |
|---|---|---|---|---|---|

FILE NO.=765

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL. NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 14165#13124430336# | 015/015 | 00:03:04 |

-ECLG LLC    —

********************************** -ECLG LLC    — ***** —    3124190379- **********

## LAW OFFICES
## EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle
18ᵗʰ Floor
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379

### FACSIMILE TRANSMISSION

TO:      Thomas J. Cunningham

FAX NO:   (312) 443-0336

FROM:    Thomas E. Soule (ES)

RE:      Murray v. GMAC Mortgage Corporation d/b/a Ditech

FILE NO:  14165

DATE:    March 21, 2008              PAGES:    15 including cover

***

Comments: Please see attached mailers.

PRIVILEGED COMMUNICATION
PLEASE PHONE 312/739-4200 IF YOU DO NOT RECEIVE ALL THE PAGES. This fax may contain
confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee(or are
authorized to receive this fax for the addressee), you may not copy, use or distribute it. If you receive this fax in
error, please contact the sender by telephone or fax immediately and return by U.S. Mail.


EXHIBIT
D

# ditech.com
### *Home Loans*

*You're Pre-Approved!*[1]
### Call 888-754-2415
*Se Habla Español*

Michelle M Murray
1342 Steven Smith Dr
Joliet IL 60431-2772

What's the key to getting the extra cash you need? We'll give you a clue. You're probably sitting inside of it right now.

The best part is, **you've been PRE-APPROVED**[1] for a loan by ditech.com which means you can take advantage of the equity in your home to **get money for whatever you need.**

At ditech.com, **your future is more important than your past!** We can help with your financing needs even if you have imperfect credit. Most lenders charge outrageous fees to borrowers with less than perfect credit, but we offer a large selection of loan programs, **at the lowest possible costs**[3], to borrowers across many different credit score ranges.

## Get the money you need.

- Get cash out
- Pay off high interest loans and credit card debt
- Close with full/limited or stated income documentation[3]
- Re-establish credit

Use the cash to pay off credit card bills, make home improvements, take a family vacation or provide for a child's education. We can help you get the money you need.

## Lowest costs GUARANTEED![2]

**Ditech.com guarantees the lowest costs** to obtain a loan even to borrowers with less than perfect credit. If you've had past credit problems, or have been turned down by another lender, we can help. We also offer:

- Great rates
- Outstanding value
- Quick turnaround times

Even if you've already started the loan process with another lender, it's definitely worth a 10-minute call to get a quicker, cheaper loan! **Call one of our friendly loan officers today at 888-754-2415.** You and your wallet will be glad you did!

Sincerely,

Philip Armstrong
Vice President

P.S. Are you self-employed? Can't document your income? Ask about our Stated Income Program. Call 888-754-2415 today.

See reverse side for important information.

| A list of bills like this: | | |
|---|---|---|
| **Bills**[*] | **Balance** | **Monthly Payment**[4] |
| 1st Mortgage | $185,000 | $1,338 |
| Car Loan | $15,365 | $386 |
| Visa[*] | $11,649 | $233 |
| Mastercard[*] | $5,250 | $105 |
| **TOTAL PAYMENT** | **$217,264** | **MONTHLY** **$2,062** **PAYMENT** |

**Can be replaced with this:**

New Payment = $1,623/mo[5]
with $10,000 Cash out!

Save $439 per month
That's $5,268 per year

[*]Your financial situation may vary from the above hypothetical situation. Consolidating your debts may increase the length of time and/or the total amount of money needed to repay your debts. Amounts rounded to the nearest dollar.



¹We used information from a credit bureau in connection with this offer and received that information because you met certain criteria. This prescreened offer 2. Your ability to give us a first mortg. to screen persons for the offer. Our offer is subject to: 1. You're continuing to meet the criteria for this prescreened offer 2. Your ability to give us a first mortg. lien on your property; 3. Your credit report, credit history, income and employment continue to meet our underwriting standards; and 4. We receive a satisfact title and appraisal on your home.

²Best Cost Guarantee Terms and Conditions:

How the guarantee works: For this guarantee, we will compare all costs except interim interest and funds for establishment of impound or escrow accounts. Len comparison must be based on a loan with the same terms and conditions. In the event the applicant believes a competing lender has lower costs, the applicant must provide competing lender's complete, system-generated Good Faith Estimate (or other evidence of competing lender's costs) to ditech.com. The competing lender's Good Faith Estim (or other evidence of competing lender's costs) must include the lender's name and must be dated the same day that ditech.com provided a cost quote.

the event that the Good Faith Estimate (and/or other evidence) indicates lower costs for a loan program that is identical to the one that is being offered by ditech.com, and dit. m has verified the accuracy of the competing lender's costs, ditech.com has the option of either beating the lender's fees by $50 or paying the applicant $500 (maximum $500 loan). Ditech.com will pay the $500 once the borrower closes the loan with the competing lender and provides ditech.com with a copy of the signed Note and final HUD-1 Settlem Statement.

This Best Costs offer is only valid for 15 and 30 year fixed rate 1st mortgage loans secured by properties located in all states.

Applicants must complete a credit application so that ditech.com can assess credit worthiness in order to determine which loan program, interest rate and fees the applicants most qualified for.

This offer expires 6/30/05 and is not guaranteed if you do not meet our criteria and may be withdrawn at any time upon the sole discretion of ditech.com.

You may prohibit the use of information in your credit report for future prescreened offers by contacting: Experian Information Systems, Inc. at P.O. Box 919 Allen, TX 75013, Tr Union LLC opt out at P.O. 97328, Jackson, MS 39238, Equifax at P.O. box 740123, Atlanta, GA 30374 or by calling (888) 567-8688. This offer is available in all states.

³Limited or Stated income documentation is not available on all programs or in all states. ⁴Credit card payments assume 18% interest rate with a minimum payment of 2% of balance or $50 (whichever is greater). Auto loan payment assumes 9.5% interest rate and a 4-year term. Mortgage loan payment assumes 30 year fixed rate and 7.92% APR. ⁵Di Loan payment is based on a $235,000 Loan amount and a 7.375% interest rate (7.56% APR), 30 year term, $1,623.00 monthly payment for 360 months; excludes mortgage taxes a CTLA policies. Terms and conditions apply. Loans will be secured by your property. Subject to underwriting approval. Not all applicants will be approved. Taxes & Insurance are ex Property Insurance required. Fees & charges may apply. Rates and terms vary by state. Rate effective 1/7/05 but subject to change without notice. Other rates and terms apply. Ple call for details.

Arizona Mortgage Banker License Number BK-0903062; Licensed by the CA Dept. of Corporations under the California Residential Mortgage Lending Act; Georgia Residen Mortgage Licensee license number 5845. Illinois Residential Mortgage Licensee; in HI, MA & WY, business is conducted under the name of ditech.com, Inc.; MA Mortgage Len license number ML1895. MN: this is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn Stat Section 47.206 E (4); New Hampshire Banking Dept. License Numbers 7144-MBB-BCH and 7147-MHL-ADL; Licensed Mortgage Banker – New York State Banking Dept.; Pennsylvania Dept of Bank Licensee; Rhode Island Licensed Lender and Loan Broker. License Numbers 99000972LL and 99000973LB. Licensed by the N.J. Department of Banking and Insurance. © 2004 dite com is a registered trademark of the GMAC Mortgage Corporation. Equal Housing Opportunity. 3200 Park Center Drive, Suite 150, Costa Mesa, CA 92626.





*Your Mortgage Solution Delivered... Speed Guaranteed!* **Call 888-754-2811**

## *You're Pre-Approved!*[1]
### *Call 888-754-2811*
*Se Habla Español*

Tammy Wanek
1511 Dale Cir
Plainfield IL 60544-5136

What's the key to getting the extra cash you need? We'll give you a clue. You're probably sitting inside of it right now.

The best part is, **you've been PRE-APPROVED**[1] for a loan by ditech.com which means you can take advantage of the equity in your home to **get money for whatever you need**.

At ditech.com, **your future is more important than your past!** We can help with your financing needs even if you have imperfect credit. Most lenders charge outrageous fees to borrowers with less than perfect credit, but we offer a large selection of loan programs, **at the lowest possible costs**[3], to borrowers across many different credit score ranges.

### Get the money you need.

- Get cash out
- Pay off high interest loans and credit card debt
- Close with full/limited or stated income documentation[3]
- Re-establish credit

Use the cash to pay off credit card bills, make home improvements, take a family vacation or provide for a child's education. We can help you get the money you need.

## Lowest costs **GUARANTEED!**[2]

**Ditech.com guarantees the lowest costs** to obtain a loan even to borrowers with less than perfect credit. If you've had past credit problems, or have been turned down by another lender, we can help. We also offer:

- Great rates
- Outstanding value
- Quick turnaround times

Even if you've already started the loan process with another lender, it's definitely worth a 10-minute call to get a quicker, cheaper loan! **Call one of our friendly loan officers today at 888-754-2811.** You and your wallet will be glad you did!

Sincerely,

*Philip Armstrong*

Philip Armstrong
Vice President

P.S. Are you self-employed? Can't document your income? Ask about our Stated Income Program. Call 888-754-2811 today.

See reverse side for important information.

| Bills[a] | Balance | Monthly Payment[4] |
|---|---|---|
| **A list of bills like this:** | | |
| 1st Mortgage | $185,000 | $1,338 |
| Car Loan | $15,365 | $386 |
| Visa[a] | $11,649 | $233 |
| Mastercard[a] | $5,250 | $105 |
| **TOTAL PAYMENT** | **$217,264** | **MONTHLY PAYMENT $2,062** |

### Can be replaced with this:

**New Payment = $1,623/mo**[5]
**with $10,000 Cash out!**

**Save $439 per month**
**That's $5,268 per year**

[a] Your financial situation may vary from the above hypothetical situation. Consolidating your debts may increase the length of time and/or the total amount of money needed to repay your debt. Amounts rounded to the nearest dollar.



¹We used information from a credit bureau in connection with this offer and you received this offer because you satisfied the criteria of creditworthiness used to screen persons for this offer. Our offer is subject to: 1. Our confirmation that the criteria for this offer continue to be met; 2. Our ability to acquire a lien on your property; 3. Your credit report, credit history, income and employment continue to meet our underwriting standards; and 4. We receive a satisfactory title and appraisal on your home.

²Best Cost Guarantee Terms and Conditions:
How the guarantee works: For this guarantee, we will compare all costs except interim interest and funds for establishment of impound or escrow accounts. Loan comparison must be based on a loan with the same terms and conditions. In the event the applicant believes a competing lender has lower costs, the applicant must provide competing lender's complete, system-generated Good Faith Estimate (or other evidence of the competing lender's costs) to ditech.com. The competing lender's Good Faith Estimate (or other evidence of competing lender's costs) must include the lender's name and must be dated the same day that ditech.com provided a cost quote.

In the event that the Good Faith Estimate (and/or other evidence) indicates lower costs for a loan program that is identical to the one that is being offered by ditech.com, and ditech.com has verified the accuracy of the competing lender's costs, ditech.com has the option of either beating the lender's fees by $50 or paying the applicant $500 (maximum $500 loan). Ditech.com will pay the $500 once the borrower closes the loan with the competing lender and provides ditech.com with a copy of the signed Note and final HUD-1 Settlement Statement.

This Best Costs offer is only valid for 15 and 30 year fixed rate 1st mortgage loans secured by properties located in all states.

Applicants must complete a credit application so that ditech.com can assess credit worthiness in order to determine which loan program, interest rate and fees the applicants most qualified for.

This offer expires 6/30/05 and is not guaranteed if you do not meet our criteria and may be withdrawn at any time upon the sole discretion of ditech.com.

You may prohibit the use of information in your credit report for future prescreened offers by contacting: Experian Information Systems, Inc. at P.O. Box 919 Allen, TX 75013, Trans Union LLC opt out at P.O. 97328, Jackson, MS 39288, Equifax at P.O. box 740123, Atlanta, GA 30374 or by calling (888) 567-8688. This offer is available in all states.

³Limited or Stated Income documentation is not available on all programs or in all states. ⁴Credit card payments assume 18% interest rate with a minimum payment of 2% of balance or $50 (whichever is greater). Auto loan payment assumes 9.5% interest rate and a 4-year term. Mortgage loan payment assumes 30 year fixed rate and 7.92% APR. ⁵Ditech Loan payment is based on a $235,000 loan amount and a 7.375% interest rate (7.56% APR), 30 year term, $1,623.00 monthly payment for 360 months; excludes mortgage taxes and CTLA policies. Terms and conditions apply. Loans will be secured by your property. Subject to underwriting approval. Not all applicants will be approved. Taxes & Insurance are extra. Property Insurance. required. Fees & charges may apply. Rates and terms vary by state. Rate effective 1/7/05 but subject to change without notice. Other rates and terms apply. Please call for details.

Arizona Mortgage Banker License Number BK-0903062; Licensed by the CA Dept. of Corporations under the California Residential Mortgage Lending Act; Georgia Residential Mortgage Licensee license number 5845. Illinois Residential Mortgage Licensee; In HI, MA & WY, business is conducted under the name of ditech.com, Inc.; MA Mortgage Lender license number ML1895. MN: this is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn Stat Section 47.206 (3) & (4); New Hampshire Banking Dept. License Numbers 7144-MBB-8CH and 7147-MHL-ADL; Licensed Mortgage Banker – New York State Banking Dept.; Pennsylvania Dept of Banking Licensee; Rhode Island Licensed Lender and Loan Broker, License Numbers 99000972LL and 99000973LB. Licensed by the N.J. Department of Banking and Insurance. © 2004 ditech.com is a registered trademark of the GMAC Mortgage Corporation. Equal Housing Opportunity. 3200 Park Center Drive, Suite 150, Costa Mesa, CA 92626.





**Your're Pre-Approved![s]**
**Call 800-395-5610**

Jason Wanek
1511 Dale Cir
Plainfield, IL 60544-5136

What's the key to getting the extra cash you need? We'll give you a clue. You're probably sitting inside of it right now.

The best part is, **you've been PRE-APPROVED[5]** for a loan by ditech.com which means you can take advantage of the equity in your home to **get money for whatever you need.**

At ditech.com, **your future is more important than your past!** We can help with your financing needs even if you have imperfect credit. Most lenders charge outrageous fees to borrowers with less than perfect credit, but we offer a large selection of loan programs, **at the lowest possible costs[4]**, to borrowers across many different credit score ranges.

## Get the money you need.

- Get cash out
- Pay off high interest loans and credit card debt
- Close with full/limited or stated income documentation[3]
- Re-establish credit

Use the cash to pay off credit card bills, make home improvements, take a family vacation or provide for a child's education. We can help you get the money you need.

## Lowest costs GUARANTEED![4]

**Ditech.com guarantees the lowest costs** to obtain a loan even to borrowers with less than perfect credit. If you've had past credit problems, or have been turned down by another lender, we can help. We also offer:

- **Great rates**     - **Outstanding value**     - **Quick turnaround times**

Even if you've already started the loan process with another lender, it's definitely worth a 10-minute call to get a quicker, cheaper loan! **Call one of our friendly loan officers today at 800-395-5610.** You and your wallet will be glad you did!

Sincerely,
ditech.com

P.S. Are you self-employed? Can't document your income? Ask about our Stated Income Program. Call 800-395-5610 today.
See reverse side for important information.

| Bills[*] | Balance | Payment[1] |
|---|---|---|
| 1st Mortgage | $185,000 | $1,338 |
| Car Loan | $15,365 | $386 |
| Visa[*] | $11,649 | $233 |
| Mastercard[*] | $5,250 | $105 |
| **TOTAL** | **$217,264** | **$2,062** |

**A list of bills like this:**

### Can be replaced with this:

New Payment = **$1,757/mo[2]**
with **$10,000 Cash out!**

Save **$305 per month**
That's **$3,660 per year**

Amounts rounded to the nearest dollar.

[*]Your financial situation may vary from the above hypothetical situation. Consolidating your debts may increase the length of time and/or the total amount of money needed to repay your debt.



*Credit card payments assume 18% interest rate with a minimum payment of 2% of the balance or $50 (whichever is greater). Auto loan payment assumes 9 [...] interest rate [...] year term [...] payment assumes [...] rate and 7.92% [...] loan amount [...] based on a [...] loan amount [...] a 8.75% interest rate (8.959% APR), 30 year term, $1,757.00 monthly payment for 360 months; excludes mortgage taxes and CTLA policies. Terms and conditio [...] apply. Loans will be secured by your property. Subject to underwriting approval. Not all applicants will be approved. Taxes & insurance are extra. Property insuran [...] required. Fees & charges may apply. Rates and terms vary by state. Rate effective 8/27/04 but subject to change without notice. Other rates and terms apply. Plea [...] call for details. *Limited or Stated Income documentation is not available on all programs or in all states.

Arizona Mortgage Banker License Number BK-0903062; Licensed by the CA Dept. of Corporations under the California Residential Mortgage Lending Act; Georgia Resident Mortgage Licensee license number 5845. Illinois Residential Mortgage Licensee; in HI, MA & WY, business is conducted under the name of ditech.com, Inc.; MA Mortgage Lenc [...] license number ML1895. MN: this is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn State Section 47.206 [...] [...]4); New Hampshire Banking Dept. License Numbers 7144-MBB-BCH and 7147-MHL-ADL; Licensed Mortgage Banker – New York State Banking Dept.; Pennsylvania Dept of Bankii [...] [...]nsee; Rhode Island Licensed Lender.© 2004 ditech.com is a registered trademark of the GMAC Mortgage Corporation. Equal Housing Opportunity. 3200 Park Center Drive, Su [...] [...], Costa Mesa, CA 92626.

*Best Cost Guarantee Terms and Conditions:
How the guarantee works: For this guarantee, we will compare all costs except interim interest and funds for establishment of impound or escrow accounts. Lender comparison mu [...] be based on a loan with the same terms and conditions. In the event the applicant believes a competing lender has lower costs, the applicant must provide the competing lende [...] complete, system-generated Good Faith Estimate (or other evidence of the competing lender's costs) to ditech.com. The competing lender's Good Faith Estimate (or other eviden [...] of competing lender's costs) must include the lender's name and must be dated the same day that ditech.com provided a cost quote.

In the event that the Good Faith Estimate (and/or other evidence) indicates lower costs for a loan program that is identical to the one that is being offered by ditech.com, and diter [...] com has verified the accuracy of the competing lender's costs, ditech.com has the option of either beating the lender's fees by $50 or paying the applicant $500 (maximum $500 p [...] loan). Ditech.com will pay the $500 once the borrower closes the loan with the competing lender and provides ditech.com with a copy of the signed Note and final HUD-1 Settlemt [...] Statement.

This Best Costs offer is only valid for 15 and 30 year fixed rate 1st mortgage loans secured by properties located in CA, FL, AZ, CO, PA, MI, and IL.

Applicants must complete a credit application so that ditech.com can assess credit worthiness in order to determine which loan program, interest rate and fees the applicants [...] most qualified for.

This offer expires 2/28/05 and is not guaranteed if you do not meet our criteria and may be withdrawn at any time upon the sole discretion of ditech.com.

*We used information from a credit bureau in connection with this offer and you received this offer because you satisfied the criteria for creditworthiness we used to screen perso [...] for this offer. Our offer is subject to: 1. You're continuing to meet the criteria for this prescreened offer 2. Your ability to give us a first mortgage lien on your property; 3. Your cre [...] report, credit history, income and employment continue to meet our underwriting standards; and 4. We receive a satisfactory title and appraisal on your home.

You may prohibit the use of information in your credit report for future prescreened offers by contacting: Experian Information Systems, Inc. at P.O. Box 919 Allen, TX 75013, Tra [...] Union LLC opt out at P.O. 97328, Jackson, MS 39238, Equifax at P.O. box 740123, Atlanta, GA 30374 or by calling (888) 567-8688. This offer is available in CA, CO, FL, AZ, PA, IL, and M [...]



ditech.com
Home Loans

3200 Park Center Drive, Suite 150
Costa Mesa, CA 92626

► Call 888-352-6598

Janet Piecuch                            139
9525 S Winchester Ave ,                                    Se Habla Español
Chicago, IL 60643-1113
IılIıIIıııIIıııIıIılıIıııIIıııIIııIIııIIıııIıIıIıIıI

**EXTRA CASH**



**HOME IMPROVEMENT**



**DEBT CONSOLIDATION**

**HOME EQUITY LOANS**



My name is Philip Armstrong, Vice President here at **ditech.com**.  We specialize in solving difficult loan situations for our clients every day.

**We can help.**  I realize that you probably receive a number of letters from lenders every week making promises they can't keep.  If you take a few minutes to call us I think you will find we are different.

**We understand what you're going through.**  I wanted to let you know, we are helping others who have had challenges.  In fact, in the past few months we have successfully closed thousands of home loans, which can often be the first step to rebuilding credit. In many cases we are able to give our clients extra cash in addition to paying off their debt and saving them money.

**If you have less than perfect credit we can help.** We have designated an entire department to help people in these situations.  Our team understands the challenges of the loan process in detail and our experience has led to success in many cases. And at **ditech.com** any past credit issues don't equal outrageous lender fees.

**We will be upfront.**  We are one of the largest direct lenders in the US and are here to help you.  We make the decision on your loan, no one else.  If your loan makes sense for you we do it quickly with no broken promises.

**We offer a Guarantee¹.**  Even if you are in the process of doing a loan with another lender, send it in to us as well. We will review your current proposal, at no cost to you, to ensure you are getting the best possible loan available at the best cost Guaranteed¹. We'll give you a quick, confidential, no pressure consultation and we'll tell you the truth about whether we can get you approved for your loan.

Sincerely,

Philip Armstrong

*Philip Armstrong*

Call us today at 888-352-6598.

P.S. If you are self employed, or can't document income, ask about our Stated Income Program¹.

| Bills like this: | | | Can turn into this: |
|---|---|---|---|
| **Bill⁰** | **Balance** | **Monthly Payment²** | Savings for the first 2 years⁰ |
| 1st Mortgage | $185,000 | $1,338 | **NEW PAYMENT = $1,724/mo³** |
| Auto Loan | $15,365 | $386 | With $10,000 Cash out! |
| Visa | $11,649 | $233 | |
| Mastercard | $5,250 | $105 | **Save $338 per month** |
| **Total Payment** | **$217,264** | **Monthly Payment $2,062** | **That's $4,056 per year** |

*Your financial situation may vary from the above hypothetical situation.  New loan amount based on a ARM 2/28 ditech.com loan of $235,000.  New payment amount fixed for 2 years. After the first 2 years the interest rate may vary.  If the interest rate increases your payments will increase resulting in less savings or no savings from your current loan.  Consolidating your debts may increase the length of time and/or the total amount of money needed to repay your debts.

See reverse side for important information.

'Best Cost Guarantee terms and conditions: Under this guarantee or our guarantee, we will [obscured] interest [obscured] establishment of impound or escrow accounts. Lender comparison must be based on a loan in excess of $100,000 with the same terms and conditions. In the event the applicant believes a competing lender has lower costs, the applicant must provide the competing lender's complete, system-generated Good Faith Estimate (or other evidence of competing lender's costs) to ditech.com. The competing lender's Good Faith Estimate (or other evidence of competing lender's costs) must include the lender's name and must be dated the same day that ditech.com provided a cost quote.

In the event that the Good Faith Estimate (and/or other evidence) indicates lower costs for a loan program that is identical to the one that is being offered by ditech.com, and ditech.com has verified the accuracy of the competing lender's costs, ditech.com has the option of either beating the lender's fees by $50 or paying the applicant $500 (maximum $500 per loan).Ditech.com will pay the $500 once the borrower closes the loan with the competing lender and provides ditech.com with a copy of the signed Note and final HUD-1 Settlement Statement.

²This Best Costs offer is only valid for 15 and 30 year fixed rate 1st mortgage loans secured by properties located in all states.

³A guarantee offer expires October 31, 2005 and may be withdrawn at any time upon the sole discretion of ditech.com.

⁴Credit card payments assume 18% interest rate with a minimum payment of 2% of the balance or $50 (whichever is greater). Auto loan payment assumes 9.5% interest rate and a 4-year term. Taxes & insurance are extra. Property insurance required. Fees & charges may apply.

⁵Ditech loan payment is based on a $235,000 loan amount and an 8% interest rate (8.422%APR). 2 Year fixed rate with a payment of $1,724 for first 24 months. After first 2 years, interest rate may vary. If the interest rate increases your payments will increase resulting in less savings or no savings from your current loan. Sample loan assumes 1/2 pt. Excludes mortgage taxes and CTLA policies. Terms and conditions apply. Loans will be secured by your property. Subject to underwriting approval. Not all applicants will be approved. Taxes and insurance are extra. Property insurance required. Fees and charges may apply. Rates and terms vary by state. Rate effective 4/19/05, but subject to change with out notice. Other rates and terms apply. Please call for details.

⁶Limited or Stated income documentation is not available on all programs or in all states

Arizona Mortgage Banker License Number BK-0903062; Licensed by the CA Dept. of Corporations under the California Residential Mortgage Lending Act; Georgia Residential Mortgage Licensee license number 5845. Illinois Residential Mortgage Licensee; In HI, MA & WY, business is conducted under the name of ditech.com, Inc.; MA Mortgage Lender license number ML1895. MN: this is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn Stat Section 47.206 (3) & (4); Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker – New York State Banking Dept.; Pennsylvania Dept of Banking Licensee; Rhode Island Licensed Lender and Loan Broker, License Numbers 99000972LL and 99000973LB. Licensed by the N.J.Department of Banking and Insurance. © 2004 ditech.com is a registered trademark of the GMAC Mortgage Corporation. Equal Housing Opportunity. 3200 Park Center Drive, Suite 150, Costa Mesa, CA 92626.



3200 Park Center Drive, Suite 150
Costa Mesa, CA 92626

**➤ Call 888-352-6598**

Diana Gabor                              207                    *Se Habla Español*
2054 Hawthorne Ave,
Crest Hill, IL 60435-2536
||.||..||....||.|..||.||..|.||.||||.||..||.||.||.|..|||..||

**EXTRA CASH**



My name is Philip Armstrong, Vice President here at **ditech.com.** We specialize in solving difficult loan situations for our clients every day.

**We can help.** I realize that you probably receive a number of letters from lenders every week making promises they can't keep. If you take a few minutes to call us I think you will find we are different.

**We understand what you're going through.** I wanted to let you know, we are helping others who have had challenges. In fact, in the past few months we have successfully closed thousands of home loans, which can often be the first step to rebuilding credit. In many cases we are able to give our clients extra cash in addition to paying off their debt and saving them money.

**HOME IMPROVEMENT**



**If you have less than perfect credit we can help.** We have designated an entire department to help people in these situations. Our team understands the challenges of the loan process in detail and our experience has led to success in many cases. And at **ditech.com** any past credit issues don't equal outrageous lender fees.

**DEBT CONSOLIDATION**



**We will be upfront.** We are one of the largest direct lenders in the US and are here to help you. We make the decision on your loan, no one else. If your loan makes sense for you we do it quickly with no broken promises.

**We offer a Guarantee¹.** Even if you are in the process of doing a loan with another lender, send it in to us as well. We will review your current proposal, at no cost to you, to ensure you are getting the best possible loan available at the best cost Guaranteed¹. We'll give you a quick, confidential, no pressure consultation and we'll tell you the truth about whether we can get you approved for your loan.

**HOME EQUITY LOANS**



Sincerely,

Philip Armstrong

*Philip Armstrong*

Call us today at 888-352-6598.

P.S. If you are self employed, or can't document income, ask about our Stated Income Program¹.

| **Bills like this:** | | | **Can turn into this:** |
|---|---|---|---|
| **Bill¹** | **Balance** | **Monthly Payment²** | Savings for the first 2 years* |
| 1st Mortgage | $185,000 | $1,338 | **NEW PAYMENT = $1,724/mo³** |
| Auto Loan | $15,365 | $386 | **With $10,000 Cash out!** |
| Visa | $11,649 | $233 | |
| Mastercard | $5,250 | $105 | **Save $338 per month** |
| **Total Payment** | **$217,264** | **Monthly Payment $2,062** | **That's $4,056 per year** |

*Your financial situation may vary from the above hypothetical situation. New Loan amount based on a ARM 2/28 ditech.com loan of $235,000. New payment amount fixed for 2 years. After the first 2 years, the interest rate may vary. If the interest rate increases your payments will increase resulting in less savings or no savings from your current loan. Consolidating your debts may increase the length of time and/or the total amount of money needed to repay your debts.

See reverse side for important information.



"Best Cost Guarantee Terms and Conditions: How the guarantee works. For this guarantee, we will compare the overall interest and other amount established or in place for estimate our loan and comparison to the competing loan in excess of $400,000 with the lender and compared a loan applicant believes a competing lender has lower costs, the applicant must provide the competing lender's complete, system-generated Good Faith Estimate (or other evidence of the competing lender's costs) to ditech.com. The competing lender's Good Faith Estimate (or other evidence of competing lender's costs) must include the lender's name and must be dated the same day that ditech.com provided a cost quote.

In the event that the Good Faith Estimate (and/or other evidence) indicates lower costs for a loan program that is identical to the one that is being offered by ditech.com, and ditech.com has verified the accuracy of the competing lender's costs, ditech.com has the option of either beating the lender's fees by $50 or paying the applicant $500 (maximum $500 per loan).Ditech.com will pay the $500 once the borrower closes the loan with the competing lender and provides ditech.com with a copy of the signed Note and final HUD-1 Settlement Statement.

This Best Costs offer is only valid for 15 and 30 year fixed rate 1st mortgage loans secured by properties located in all states.

¹¹s guarantee offer expires October 31, 2005 and may be withdrawn at any time upon the sole discretion of ditech.com.

*Credit card payments assume 18% interest rate with a minimum payment of 2% of the balance or $50 (whichever is greater). Auto loan payment assumes 9.5% interest rate and a 4-year term. Taxes & insurance are extra. Property insurance required. Fees & charges may apply.

²Ditech loan payment is based on a $235,000 loan amount and an 8% interest rate (8.422%APR). 2 Year fixed rate with a payment of $1,724 for first 24 months. After first 2 years, interest rate may vary. If the interest rate increases your payments will increase resulting in less savings or no savings from your current loan. Sample loan assumes 1/2 pt. Excludes mortgage taxes and CTLA policies. Terms and conditions apply. Loans will be secured by your property. Subject to underwriting approval. Not all applicants will be approved. Taxes and insurance are extra. Property insurance required. Fees and charges may apply. Rates and terms vary by state. Rate effective 4/19/05, but subject to change with out notice. Other rates and terms apply. Please call for details.

³Limited or Stated Income documentation is not available on all programs or in all states

Arizona Mortgage Banker License Number BK-0903062; Licensed by the CA Dept. of Corporations under the California Residential Mortgage Lending Act; Georgia Residential Mortgage Licensee license number 5845. Illinois Residential Mortgage Licensee; in HI, MA & WY, business is conducted under the name of ditech.com, Inc.; MA Mortgage Lender license number ML1895. MN: this is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn Stat Section 47.206 (3) & (4); Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker – New York State Banking Dept.; Pennsylvania Dept of Banking Licensee; Rhode Island Licensed Lender and Loan Broker, License Numbers 990009732LL and 990009733LB. Licensed by the N.J.Department of Banking and Insurance. © 2004 ditech.com is a registered trademark of the GMAC Mortgage Corporation. Equal Housing Opportunity. 3200 Park Center Drive, Suite 150, Costa Mesa, CA 92626.



**ditech.com**
Home Loans

3200 Park Center Drive, Suite 150
Costa Mesa, CA 92626

**▶ Call 888-352-6598**

Darcy Bobo                              10                    *Se Habla Español*
206 156th Pl
Calumet City, IL 60409-4636
լԱլ.լԱոլ.լԱ.լ.լ.լ.լ.լ.լ.լ.լ.լ.լ.լ.լ.լ.լ.լ.լ.լ.

**EXTRA CASH**



My name is Philip Armstrong, Vice President here at **ditech.com**. We specialize in solving difficult loan situations for our clients every day.

**We can help.** I realize that you probably receive a number of letters from lenders every week making promises they can't keep. If you take a few minutes to call us I think you will find we are different.

**HOME IMPROVEMENT**



**We understand what you're going through.** I wanted to let you know, we are helping others who have had challenges. In fact, in the past few months we have successfully closed thousands of home loans, which can often be the first step to rebuilding credit. In many cases we are able to give our clients extra cash in addition to paying off their debt and saving them money.

**If you have less than perfect credit we can help.** We have designated an entire department to help people in these situations. Our team understands the challenges of the loan process in detail and our experience has led to success in many cases. And at **ditech.com** any past credit issues don't equal outrageous lender fees.

**DEBT CONSOLIDATION**



**We will be upfront.** We are one of the largest direct lenders in the US and are here to help you. We make the decision on your loan, no one else. If your loan makes sense for you we do it quickly with no broken promises.

**We offer a Guarantee².** Even if you are in the process of doing a loan with another lender, send it in to us as well. We will review your current proposal, at no cost to you, to ensure you are getting the best possible loan available at the best cost Guaranteed². We'll give you a quick, confidential, no pressure consultation and we'll tell you the truth about whether we can get you approved for your loan.

**HOME EQUITY LOANS**



Sincerely,

Philip Armstrong

*Philip Armstrong*

Call us today at 888-352-6598.

P.S. If you are self employed, or can't document income, ask about our Stated Income Program².

**Bills like this:**                         **Can turn into this:**

Savings for the first 2 years*

**NEW PAYMENT = $1,724/mo³**
With $10,000 Cash out!

| Bill* | Balance | Monthly Payment¹² |
|-------|---------|-------------------|
| 1st Mortgage | $185,000 | $1,338 |
| Auto Loan | $15,365 | $386 |
| Visa | $11,649 | $233 |
| Mastercard | $5,250 | $105 |
| Total Payment | $217,264 | Monthly Payment $2,062 |

Save $338 per month
That's $4,056 per year

*Your financial situation may vary from the above hypothetical situation. New Loan amount based on an ARM 7/28 ditech.com loan of $235,000. New payment amount fixed for 2 years. After the first 2 years the interest rate may vary. If the interest rate increases your payments will increase resulting in less savings or no savings from your current loan. Consolidating your debts may increase the length of time and/or the total amount of money needed to repay your debts.

See reverse side for important information



lishment of impound or escrow accounts. Lender comparison must be based on a loan in excess of [illegible] and conditions. In the event that applicant believes a competing lender has lower costs, the applicant must provide the competing lender's complete, system-generated Good Faith Estimate (or other evidence of the competing lender's costs) to ditech.com. The competing lender's Good Faith Estimate (or other evidence of competing lender's costs) must include the lender's name and must be dated the same day that ditech.com provided a cost quote.

In the event that the Good Faith Estimate (and/or other evidence) indicates lower costs for a loan program that is identical to the one that is being offered by ditech.com, and ditech.com has verified the accuracy of the competing lender's costs, ditech.com has the option of either beating the lender's fees by $50 or paying the applicant $500 (maximum $500 per loan).Ditech.com will pay the $500 once the borrower closes the loan with the competing lender and provides ditech.com with a copy of the signed Note and final HUD-1 Settlement Statement.

*This Best Costs offer is only valid for 15 and 30 year fixed rate 1st mortgage loans secured by properties located in all states.

*A guarantee offer expires October 31, 2005 and may be withdrawn at any time upon the sole discretion of ditech.com.

*Credit card payments assume 18% interest rate with a minimum payment of 2% of the balance or $50 (whichever is greater). Auto loan payment assumes 9.5% interest rate and a 4-year term. Taxes & insurance are extra. Property insurance required. Fees & charges may apply.

*Ditech loan payment is based on a $235,000 loan amount and an 8% interest rate (8.422%APR). 2 Year fixed rate with a payment of $1,724 for first 24 months. After first 2 years, interest rate may vary. If the interest rate increases your payments will increase resulting in less savings or no savings from your current loan. Sample loan assumes 1/2 pt. Excludes mortgage taxes and CTLA policies. Terms and conditions apply. Loans will be secured by your property. Subject to underwriting approval. Not all applicants will be approved. Taxes and insurance are extra. Property insurance required. Fees and charges may apply. Rates and terms vary by state. Rate effective 4/19/05, but subject to change with out notice. Other rates and terms apply. Please call for details.

*Limited or Stated Income documentation is not available on all programs or in all states

Arizona Mortgage Banker License Number BK-0903062; Licensed by the CA Dept. of Corporations under the California Residential Mortgage Lending Act; Georgia Residential Mortgage Licensee license number 5845. Illinois Residential Mortgage Licensee; In HI, MA & WY, business is conducted under the name of ditech.com, Inc.; MA Mortgage Lender license number ML1895. MN: this is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn Stat Section 47.206 (3) & (4); Licensed by the New Hampshire Banking Department; Licensed Mortgage Banker – New York State Banking Dept.; Pennsylvania Dept of Banking Licensee; Rhode Island Licensed Lender and Loan Broker, License Numbers 99000972LL and 99000973LB. Licensed by the N.J.Department of Banking and Insurance. © 2004 ditech.com is a registered trademark of the GMAC Mortgage Corporation. Equal Housing Opportunity. 3200 Park Center Drive, Suite 150, Costa Mesa, CA 92626.

 **ditech.com** Home Loans

3200 Park Center Drive, Suite 150
Costa Mesa, CA 92626



### Your FUTURE is more important than your PAST!

**CALL 888-891-4199** Se Habla Español

(Press 1 to speak directly with a loan specialist)

Linda M Killingsworth
6418 S May St
Chicago IL 60621-1336

My name is Philip Armstrong, Vice President here at **ditech.com**. We specialize in solving difficult loan situations for our clients every day.

**We can help.** I realize that you probably receive a number of letters from lenders every week making promises they can't keep. If you take a few minutes to call us I think you will find we are different.

**We understand what you're going through.** I wanted to let you know, we are helping others who have had challenges. In fact, in the past few months we have successfully closed thousands of home loans, which can often be the first step to rebuilding credit. In many cases we are able to give our clients extra cash in addition to paying off their debt and saving them money.

**If you have less than perfect credit we can help.** We have designated an entire department to help people in these situations. Our team understands the challenges of the loan process in detail and our experience has led to success in many cases. And at **ditech.com** any past credit issues don't equal outrageous lender fees.

**We will be upfront.** We are one of the largest direct lenders in the US and are here to help you. We make the decision on your loan, no one else. If your loan makes sense for you we do it quickly with no broken promises.

**We offer a Guarantee¹.** Even if you are in the process of doing a loan with another lender, send it in to us as well. We will review your current proposal, at no cost to you, to ensure you are getting the best possible loan available at the best cost Guaranteed¹. We'll give you a quick, confidential, no pressure consultation and we'll tell you the truth about whether we can get you approved for your loan.

Sincerely,

*Philip Armstrong*

Philip Armstrong
Vice President

Call us today at 888-891-4199.

P.S. If you are self employed, or can't document income, ask about our Stated Income Program¹.

| BILLS LIKE THIS... | | |
|---|---|---|
| Bill¹ | Balance | Payment¹ |
| 1st Mortgage | $185,000 | $1,338 |
| Car Loan | $15,365 | $386 |
| Visa | $11,649 | $233 |
| Mastercard | $5,250 | $105 |
| Total Payment | $217,264 | Monthly Payment $2,062 |

**COULD TURN INTO THIS...**

NEW PAYMENT = $1,623/mo³
With $10,000 Cash out!

Save $439 per month
That's $5,268 per year

¹Your financial situation may vary from the above hypothetical situation. Consolidating your debts may increase the length of time and/or the total amount of money needed to repay your debts. Amounts rounded to the nearest dollar.



'Best Cost Guarantee Terms and Conditions:
How the guarantee works: Lower costs will be determined by comparing ditech.com's estimated third party interest and lender fees, discount points or escrow earnings. A good faith comparison must be based on a loan with the same terms and conditions. In the event the applicant believes a competing lender has lower costs, the applicant must provide the competing lender's complete, system-generated Good Faith Estimate (or other evidence of the competing lender's costs) to ditech.com. The competing lender's Good Faith Estimate (or other evidence of competing lender's costs) must include the lender's name and must be dated the same day that ditech.com provided a cost quote.

In the event that the Good Faith Estimate (and/or other evidence) indicates lower costs for a loan program that is identical to the one that is being offered by ditech.com, and ditech.com has verified the accuracy of the competing lender's costs, ditech.com has the option of either beating the lender's fees by $50 or paying the applicant $500 (maximum $500 per loan). Ditech.com will pay the $500 once the borrower closes the loan with the competing lender and provides ditech.com with a copy of the signed Note and final HUD-1 Settlement Statement.

Is Best Costs offer is only valid for 15 and 30 year fixed rate 1st mortgage loans secured by properties located in all states.

Applicants must complete a credit application so that ditech.com can assess credit worthiness in order to determine which loan program, interest rate and fees the applicants are most qualified for.

This guarantee offer expires 6/30/05 and may be withdrawn at any time upon the sole discretion of ditech.com.

'Credit card payments assume 18% interest rate with a minimum payment of 2% of the balance or $50 (whichever is greater). Auto loan payment assumes 9.5% interest rate and a 4-year term. Mortgage loan payment assumes 30 year fixed rate and 7.92% APR. 'Ditech Loan payment is based on a $225,000 Loan amount and a 7.375% interest rate (7.58% APR), 30 year term, $1,523.00 monthly payment for 360 months; excludes mortgage taxes and CTLA policies. Terms and conditions apply. Loans will be secured by your property. Subject to underwriting approval. Not all applicants will be approved. Taxes & Insurance are extra. Property insurance required. Fees & charges may apply. Rates and terms vary by state. Rate effective 1/7/05 but subject to change without notice. Other rates and terms apply. Please call for details. 'Limited or Stated Income documentation is not available on all programs or in all states.

Arizona Mortgage Banker License Number BK-0903062; Licensed by the CA Dept. of Corporations under the California Residential Mortgage Lending Act; Georgia Residential Mortgage Licensee license number 5845, Illinois Residential Mortgage Licensee; in HI, MA & WY, business is conducted under the name of ditech.com, Inc.; MA Mortgage Lender license number ML1895. MN: this is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn Stat Section 47.206 (3) & (4); New Hampshire Banking Dept. License Numbers 7144-MBB-BCH and 7147-MHL-ADL; Licensed Mortgage Banker – New York State Banking Dept.; Pennsylvania Dept of Banking Licensee; Rhode Island Licensed Lender and Loan Broker, License Numbers 99000972LL and 99000973LB. Licensed by the N.J. Department of Banking and Insurance. © 2004 ditech.com is a registered trademark of the GMAC Mortgage Corporation. Equal Housing Opportunity. 3200 Park Center Drive, Suite 150, Costa Mesa, CA 92626.

## Thomas Soule

**From:**   Cunningham, Thomas J. [TCunningham@lockelord.com]
**Sent:**   Friday, March 21, 2008 2:14 PM
**To:**     Thomas Soule
**Subject:** Re: Ditech list

Thanks Tom. I have a draft settlement agreement I'm almost ready to send to you for review. Should be later this afternoon or possibly tomorrow morning.

----- Original Message -----
From: Thomas Soule <tsoule@edcombs.com>
To: Cunningham, Thomas J.
Sent: Fri Mar 21 14:11:54 2008
Subject: RE: Ditech list

The letters that we have on file will be sent to you this afternoon.

Tom

-----Original Message-----
From: Cunningham, Thomas J. [mailto:TCunningham@lockelord.com]
Sent: Thursday, March 20, 2008 4:29 PM
To: Thomas Soule
Subject: RE: Ditech list

Each of these people received the same mailer Nancy Murray received? Is there any chance you have the mailers so we can see that these are all legitimate claimants?

-----Original Message-----
From: tsoule@edcombs.com [mailto:tsoule@edcombs.com]
Sent: Thursday, March 20, 2008 4:25 PM
To: Cunningham, Thomas J.
Subject: Ditech list

Add Jason Wanek to previous list. Thanks.

Tom
Sent via BlackBerry by AT&T

IRS Circular 230 Disclosure: United States Treasury Regulations provide that a taxpayer may rely only on formal written advice meeting specific requirements to avoid federal tax penalties. Any tax advice in the text of this message, or in any attachment, does not meet those requirements and, accordingly, is not intended or written to be used, and cannot be used, by any recipient to avoid any penalties that may be imposed upon such recipient by the Internal Revenue Service.

IMPORTANT/CONFIDENTIAL: This message from the law firm of Locke Lord Bissell & Liddell LLP is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.



4/23/2008

·Thomas Soule

**From:** Thomas Soule
**Sent:** Tuesday, March 25, 2008 12:46 PM
**To:** 'Cunningham, Thomas J.'
**Subject:** RE: Ditech

Good.  Thanks.

Tom


Thomas E. Soule, Esq.
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 917-4535 (direct)
(312) 419-0379 (fax)


**From:** Cunningham, Thomas J. [mailto:TCunningham@lockelord.com]
**Sent:** Tuesday, March 25, 2008 12:45 PM
**To:** Thomas Soule
**Cc:** Goodin, Matthew
**Subject:** Re: Ditech

Waiting for approval of the draft agreement from GMACM before I send it to you for review.


----- Original Message -----
From: Thomas Soule <tsoule@edcombs.com>
To: Cunningham, Thomas J.
Cc: Goodin, Matthew
Sent: Tue Mar 25 12:43:38 2008
Subject: Ditech

Where are we on settlement?

Tom


Thomas E. Soule, Esq.

Edelman Combs Latturner & Goodwin LLC

120 South LaSalle Street, 18th Floor

Chicago IL 60603

(312) 739-4200

(312) 917-4535 (direct)

(312) 419-0379 (fax)

EXHIBIT
F

4/23/2008

IRS Circular 230 Disclosure: United States Treasury Regulations provide that a taxpayer may rely only on formal written advice meeting specific requirements to avoid federal tax penalties. Any tax advice in the text of this message, or in any attachment, does not meet those requirements and, accordingly, is not intended or written to be used, and cannot be used, by any recipient to avoid any penalties that may be imposed upon such recipient by the Internal Revenue Service.

IMPORTANT/CONFIDENTIAL: This message from the law firm of Locke Lord Bissell & Liddell LLP is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

## Thomas Soule

| | |
|---|---|
| **From:** | Cunningham, Thomas J. [TCunningham@lockelord.com] |
| **Sent:** | Tuesday, April 01, 2008 2:49 PM |
| **To:** | Thomas Soule |
| **Cc:** | Goodin, Matthew |
| **Subject:** | GMACM\Murray - Draft Settlement Agreement |
| **Attachments:** | GMACM_Murray - Settlement Agreement - Individual.DOC |

Tom:

Attached please find a draft of the proposed settlement agrement related to Murray v. GMAC Mortgage. Please let me know if it is acceptable.

Thomas J. Cunningham
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
312-443-1731 Direct
312-896-6731 Fax
tcunningham@lockelord.com
www.lockelord.com

Atlanta, Austin, Boston, Chicago, Dallas, Houston, London, Los Angeles, New Orleans, New York, Sacramento, Washington DC

**IRS Circular 230 Disclosure:** United States Treasury Regulations provide that a taxpayer may rely only on formal written advice meeting specific requirements to avoid federal tax penalties. Any tax advice in the text of this message, or in any attachment, does not meet those requirements and, accordingly, is not intended or written to be used, and cannot be used, by any recipient to avoid any penalties that may be imposed upon such recipient by the Internal Revenue Service.

**IMPORTANT/CONFIDENTIAL:** This message from the law firm of Locke Lord Bissell & Liddell LLP is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

**EXHIBIT G**

**Thomas Soule**

| | |
|---|---|
| From: | Thomas Soule |
| Sent: | Friday, April 04, 2008 5:25 PM |
| To: | 'Cunningham, Thomas J.'; 'Goodin, Matthew' |
| Subject: | Settlement agreement |
| Attachments: | GMAC Mortgage Agreement.DOC |

Counsel:

We have proposed changes to the settlement agreement, which are attached in redline format.

Also: we would like you to confirm that the credit information of those who received the additional letters (which we sent you previously) was in fact prescreened. We would not have payments made to those who received letters but who were not in fact prescreened. Please make a check on this and get back to me.

Thanks—
Tom

Thomas E. Soule, Esq.
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 917-4535 (direct)
(312) 419-0379 (fax)

EXHIBIT
H

## Thomas Soule

From:    Cunningham, Thomas J. [TCunningham@lockelord.com]
Sent:    Saturday, April 05, 2008 8:31 AM
To:      Thomas Soule; Goodin, Matthew
Subject: RE: Settlement agreement

Tom:

Most of your changes are fine.  I am somewhat confused by your proposed deletion of the representation by the non-Murray parties that each believes they have a claim against GMACM identical or substantially similar to that of Nancy Murray.  If they don't believe they have such claims, why is GMACM being asked to pay them any money?

With regard to your request for confirmation that credit information was accessed for each of these additional people, as you know we do not have a list of people whose credit was accessed, so we have no better knowledge of that than you do.  If they received a letter that says they were prescreened, I think we can safely assume that their names were included on a list obtained by Marketernet using the credit criteria GMACM supplied to generate the list.  I can't see how else they would have received such a mailer, but have no way to verify that one way or the other.

Let's get this question about the non-Murray claimants resolved and get this done.  I trust you will prepare the motion that the Seventh Circuit Clerk forwarded to us to get the appeal dismissed.

Tom

---

**From:** Thomas Soule [mailto:tsoule@edcombs.com]
**Sent:** Friday, April 04, 2008 5:25 PM
**To:** Cunningham, Thomas J.; Goodin, Matthew
**Subject:** Settlement agreement

Counsel:

We have proposed changes to the settlement agreement, which are attached in redline format.

Also: we would like you to confirm that the credit information of those who received the additional letters (which we sent you previously) was in fact prescreened.  We would not have payments made to those who received letters but who were not in fact prescreened.  Please make a check on this and get back to me.

Thanks—
Tom

Thomas E. Soule, Esq.
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 917-4535 (direct)
(312) 419-0379 (fax)

**IRS Circular 230 Disclosure:** United States Treasury Regulations provide that a taxpayer may rely only on formal written advice meeting specific requirements to avoid federal tax penalties. Any tax advice in the text of this message, or in any attachment, does not meet those requirements and, accordingly, is not intended or written to be used, and cannot be used, by any recipient to avoid any penalties that may be imposed upon such recipient by the Internal Revenue Service.

**IMPORTANT/CONFIDENTIAL:** This message from the law firm of Locke Lord Bissell & Liddell LLP is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.



## Thomas Soule

| | |
|---|---|
| **From:** | Cunningham, Thomas J. [TCunningham@lockelord.com] |
| **Sent:** | Saturday, April 05, 2008 9:00 AM |
| **To:** | Thomas Soule |
| **Cc:** | Goodin, Matthew |
| **Subject:** | RE: Settlement agreement |
| **Attachments:** | FW: A new fax has arrived from 3124190379 (Part 1 of 1) on Channel 0 |

Tom:
I just took another look at the mailers your clients received from GMACM (attached). I note that Michelle Murray, Tammy Wanek and Jason Wanek all received a mailer identical to the Nancy Murray mailer. Accordingly, as far as I can tell, they were all prescreened - their names and addresses were apparently generated by applying GMACM's credit criteria to a CRA database, thus "accessing" their consumer information.

However, the mailers received by Janet Piecuch, Diana Gabor, Darcy Bobo, and Linda Killingsworth do not appear to be prescreened offers of credit. They do not say "pre-approved" or "pre-screened" anywhere and do not contain section 1681m opt out language. Accordingly, they appear to me to be normal direct mail solicitations and not prescreened offers of credit. I think they should be removed from the settlement agreement.

If we remove these four from the settlement agreement, we can leave in the language stating that each of the settling parties received a mailer identical or substantially similar to that received by Nancy Murray and that each believes in good faith that he or she has a claim against GMACM similar to Murray's claim.

Let me know if that is acceptable, and if it is, I'll make the appropriate modifications (including accepting your other proposed modifications) and get the revised agreement executed.

Tom

---

**From:** Thomas Soule [mailto:tsoule@edcombs.com]
**Sent:** Friday, April 04, 2008 5:25 PM
**To:** Cunningham, Thomas J.; Goodin, Matthew
**Subject:** Settlement agreement

Counsel:

We have proposed changes to the settlement agreement, which are attached in redline format.

Also: we would like you to confirm that the credit information of those who received the additional letters (which we sent you previously) was in fact prescreened. We would not have payments made to those who received letters but who were not in fact prescreened. Please make a check on this and get back to me.

Thanks—
Tom

Thomas E. Soule, Esq.
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 917-4535 (direct)
(312) 419-0379 (fax)

4/23/2008

IRS Circular 230 Disclosure: United States Treasury Regulations provide that a taxpayer may rely only on formal written advice meeting specific requirements to avoid federal tax penalties. Any tax advice in the text of this message, or in any attachment, does not meet those requirements and, accordingly, is not intended or written to be used, and cannot be used, by any recipient to avoid any penalties that may be imposed upon such recipient by the Internal Revenue Service.

IMPORTANT/CONFIDENTIAL: This message from the law firm of Locke Lord Bissell & Liddell LLP is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

## Thomas Soule

| | |
|---|---|
| **From:** | Cunningham, Thomas J. [TCunningham@lockelord.com] |
| **Sent:** | Monday, April 07, 2008 6:06 PM |
| **To:** | Thomas Soule |
| **Cc:** | Goodin, Matthew |
| **Subject:** | RE: Settlement agreement |
| **Attachments:** | GMACM_Murray - Settlement Agreement - Individual.DOC |

Tom:

As discussed earlier this afternoon, attached please find a revised version of the proposed settlement agreement reflecting all the modifications we discussed. Upon your confirmation that this is acceptable, I will get it out to my client for execution. Once it has been signed, you will prepare and file the appropriate motion to dismiss, and I will arrange for the wire transfer of the settlement proceeds.

Please confirm this draft is satisfactory.

Tom

---

**From:** Thomas Soule [mailto:tsoule@edcombs.com]
**Sent:** Friday, April 04, 2008 5:25 PM
**To:** Cunningham, Thomas J.; Goodin, Matthew
**Subject:** Settlement agreement

Counsel:

We have proposed changes to the settlement agreement, which are attached in redline format.

Also: we would like you to confirm that the credit information of those who received the additional letters (which we sent you previously) was in fact prescreened. We would not have payments made to those who received letters but who were not in fact prescreened. Please make a check on this and get back to me.

Thanks--
Tom

Thomas E. Soule, Esq.
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 917-4535 (direct)
(312) 419-0379 (fax)

**IRS Circular 230 Disclosure:** United States Treasury Regulations provide that a taxpayer may rely only on formal written advice meeting specific requirements to avoid federal tax penalties. Any tax advice in the text of this message, or in any attachment, does not meet those requirements and, accordingly, is not intended or written to be used, and cannot be used, by any recipient to avoid any penalties that may be imposed upon such recipient by the Internal Revenue Service.

**IMPORTANT/CONFIDENTIAL:** This message from the law firm of Locke Lord Bissell & Liddell LLP is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.

EXHIBIT
J

4/23/2008

## Thomas Soule

| | |
|---|---|
| **From:** | Thomas Soule |
| **Sent:** | Tuesday, April 08, 2008 4:36 PM |
| **To:** | 'Cunningham, Thomas J.' |
| **Cc:** | Goodin, Matthew |
| **Subject:** | Murray / GMAC Mortgage Settlement |
| **Attachments:** | GMAC Mortgage Agreement.DOC |

Counsel:

Please find attached a final version of the settlement agreement.  Per our phone conversation earlier today, we will be sending this to our clients for signature this afternoon; please confirm that you will likewise send this agreement to your client for signature.

Thanks—
Tom


Thomas E. Soule, Esq.
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 917-4535 (direct)
(312) 419-0379 (fax)



## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (the "Settlement Agreement") is entered into as of April 8, 2008, between plaintiff, Nancy R. Murray ("Plaintiff"), Michelle Murray, Tammy Wanek and Jason Wanek (collectively, the "Settling Claimants") and defendant, GMAC Mortgage, LLC, *f/k/a* "GMAC Mortgage Corporation," *d/b/a* ditech.com ("GMAC Mortgage" and, together with Plaintiff and the Settling Claimants, the "Parties").

In consideration of the respective acknowledgments, agreements, representations and warranties set forth below, the parties to this action (*Murray v. GMAC Mortgage Corporation*, Case No. 05 C 1229 (N.D. Ill.) and No. 07-2776 (7th Cir.) ("the *Murray* Action")) agree as follows:

## FACTUAL ACKNOWLEDGMENTS

The parties acknowledge that the following matters are true or have been alleged to be true:

**A.**     Nancy R. Murray, of Joliet, Illinois, is the named plaintiff in the *Murray* Action. Each of the Settling Claimants has indicated that he or she could bring a claim against GMAC Mortgage identical to the Plaintiff's claim. GMAC Mortgage is the defendant in the *Murray* Action, with its corporate headquarters being located in Ft. Washington, Pennsylvania.

**B.**     In the *Murray* Action, Plaintiff alleges violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq.* ("FCRA").

**C.**     The *Murray* Action raises complex and disputed legal and factual issues.

**D.**     Each of the Settling Claimants received a mailer from GMAC Mortgage that was identical or substantially similar to the mailer received by Plaintiff, and each contends that he or she has a good faith basis for maintaining an action identical to the *Murray* Action.

**E.**     GMAC Mortgage denies any liability to Plaintiff or the Settling Claimants, but considers it desirable that the action and the claims alleged therein be settled upon the terms and



conditions set forth in this Settlement Agreement, in order to avoid further expense from continued

litigation, and to put to rest all claims, known or unknown, that have been or might be asserted by

Plaintiff or the Settling Claimants against GMAC Mortgage, concerning the allegations raised in the

*Murray* Action.

  F. Plaintiff and the Settling Claimants desire to settle all claims against GMAC

Mortgage, having taken into account through their counsel the risks, delay and difficulties involved

in establishing a right to recovery in excess of that offered by this Settlement and the likelihood that

the litigation will be further protracted and would cause greater expense.

**TERMS AND RELEASES**

  **1.** **Payments to Plaintiff, the Settling Claimants and Counsel.**  Within ten (10)

business days of the full execution of this Settlement Agreement, GMAC Mortgage shall do the

following:

    **a.** GMAC Mortgage shall pay the sum of one thousand dollars ($1,000) to

Plaintiff in settlement of her claims;

    **b.** GMAC Mortgage shall pay the sum of five hundred dollars ($500) to each of

the Settling Claimants in full satisfaction of their claims; and,

    **c.** GMAC Mortgage shall pay the sum of one hundred fifty thousand dollars

($150,000) to the law firm of Edelman Combs Latturner & Goodwin LLC.

  **2.** **Release by Plaintiff and the Settling Claimants.**  Plaintiff and each of the Settling

Claimants, their assigns, heirs, successors and personal representatives, hereby release all

individual claims and liability arising from or related to any prescreened offer of credit made by

GMAC Mortgage, or any of its parents, affiliates, subsidiaries, divisions, predecessors,

successors, agents, or assigns, including all claims which were brought or which could have been

brought in the *Murray* Action or any other lawsuit, action or proceeding (the "Released Claims"),

2

against (i) GMAC Mortgage, (ii) its parents, affiliates, subsidiaries, divisions, predecessors, successors, agents, assigns or legal representatives, (iii) the officers, directors, principals, agents, employees or legal representatives of GMAC Mortgage or any entity described in (ii), and (iv) all persons and entities that may have participated in or assisted any of the foregoing in connection with any prescreened offer of credit, including, without limitation, vendors, consumer reporting agencies, and each of their parents, subsidiaries, affiliates, divisions, successors, predecessors, agents, officers, directors, employees, assigns or legal representatives (collectively, the "Released Parties"). The claims and liabilities released under this paragraph include, but are not limited to, any unasserted claims under state or federal law. The foregoing release shall also apply to any and all past, present, and future claims, administrative or otherwise, actions, causes of action, rights or liabilities, known or unknown, based on, arising out of, or in any way relating or pertaining to the issues raised in the *Murray* Action. Notwithstanding the foregoing, the claims of putative class members, other than Plaintiff and the Settling Claimants, would not be released.

3.    **Release of Attorney's Lien by Counsel.** Plaintiff's and the Settling Claimants' Counsel releases the Released Parties from any and all claims for attorney's fees, by lien or otherwise, for legal services rendered in connection with the *Murray* Action or any of the Settling Claimants' claims.

4.    **Dismissal of Lawsuit.** Within ten (10) days of the full execution of this Settlement Agreement, Plaintiff shall submit a stipulation to dismiss the *Murray* Action with prejudice to the United States Court of Appeals for the Seventh Circuit, and shall take any further steps necessary to effectuate a dismissal with prejudice of the *Murray* Action. The claims of putative class members, other than Plaintiff and the Settling Claimants, would be dismissed without prejudice.

3

5.    **Confidentiality.** The Parties to this Settlement Agreement agree that the terms of this settlement shall be and remain confidential, except that such information may be provided: (a) to accountants, directors, officers, employees, insurers and auditors of any Party who have need to know of the Settlement Agreement, its existence and its terms in performance of their duties; (b) as may be required in connection with the filing of tax returns; (c) as may be required by law, by regulation having the force and effect of law, or by request of any governmental agency or other body with regulatory authority over the Party in question provided, however, that any such Party shall indicate to the person making the request that the existence and terms of the Settlement Agreement should be treated as confidential; (d) as may be necessary to resolve any dispute concerning or to enforce any provision of this Settlement Agreement; or (e) pursuant to a lawful subpoena or order issued by a court of competent jurisdiction.

6.    **Representations and Warranties.**

a.    The Parties represent, warrant and acknowledge that they have each been represented by independent legal counsel throughout the negotiations that culminated in the execution of this Settlement Agreement, and that they have voluntarily executed this Agreement with the consent of and on advice of counsel. The Parties have negotiated and reviewed fully the terms of this Settlement Agreement, and therefore no rule of construction against the drafting party shall apply.

b.    The Settling Claimants represent and warrant that they have each received a mailer from GMAC Mortgage in the identical or a substantially similar form as the mailer received by Plaintiff, and each represents that he or she believes in good faith that he or she could maintain an action against GMAC Mortgage identical or substantially similar to the *Murray* Action.

4

c.     The Parties represent and warrant that they are fully authorized to enter into this Settlement Agreement and to carry out the obligations provided for herein. All persons executing this Settlement Agreement on behalf of a Party covenant, warrant and represent that they are and have been fully authorized to do so by such Party. All parties further represent and warrant that they intend to be bound fully by the terms of this Settlement Agreement

d.     In consideration of the agreements made herein, Plaintiff's counsel hereby warrant and represent to GMAC Mortgage that as of the execution date of this Agreement: (a) Plaintiff's counsel do not currently represent any clients with claims against GMAC Mortgage similar to the claims alleged in the *Murray* Action, other than plaintiff and the Settling Claimants; (b) Plaintiff's counsel are not actively soliciting clients to bring cases specifically against GMAC Mortgage for claims similar to those alleged in the *Murray* Action; and (c) Plaintiff's counsel will not solicit clients to bring a case specifically against GMAC Mortgage for claims similar to those alleged in the *Murray* Action. Plaintiff's counsel agree that it is a violation of this Settlement Agreement to solicit clients who may have potential claims against GMAC Mortgage for violations similar to those alleged in the *Murray* Action. Nothing in this Agreement shall constitute any restriction on the right of any of Plaintiff's counsel to represent any person in any controversy.

7.     **Return of Documents.** Within fourteen (14) days after the full execution of this Settlement Agreement, Plaintiff and Plaintiff's counsel shall make available for pick-up, upon request by GMAC Mortgage, all originals and copies of any documents or other records produced in the *Murray* Action by GMAC Mortgage, or derived from materials so produced which relate to

the business operations of GMAC Mortgage, or in any way identify its customers or describe transactions with its customers.

    **8.**   **No Admission.** This Settlement Agreement is for settlement purposes only. Therefore:

        a.      It is expressly agreed and understood that this Settlement Agreement and its exhibits do not constitute an admission by any party and may not be offered or received in evidence or requested in discovery in this action or any other action or proceeding involving any party thereto except an action to enforce the terms thereof.

        b.      Except as necessary to enforce its terms, this Settlement Agreement and the fact of any settlement shall not be admissible in any lawsuit, administrative action or any judicial or administrative proceeding, and shall be expressly inadmissible to show, demonstrate, evidence of support a contention: (1) that GMAC Mortgage or any Released Party acted illegally, improperly or in breach of law, contract, ethics or proper conduct; (2) that any Party is barred under any theory or law or equity from pursuing and claim or defense in the event this Agreement does not become effective.

        c.      Negotiations, statements, proceedings and other items related to this Settlement Agreement are also for settlement purposes only, and therefore shall not be offered or be admissible in evidence by or against any Party, or cited or referred to in any other action or proceeding.

    **9.**   **Severability.** The provisions of this Settlement Agreement are severable insofar as the partial or complete invalidity, illegality or legal ineffectiveness of the remainder of any term in the Settlement Agreement shall not affect the validity, legality or legal effectiveness of the remainder of such term or any other terms therein, unless the Party adversely affected thereby

6

does not consent, such consent not to be unreasonably withheld. Nothing in this Paragraph shall affect the right to terminate this Settlement Agreement or other express rights inconsistent with this Paragraph.

10. **Media**. Except as otherwise agreed upon in writing among the undersigned parties or as required by law or by order of Court, the parties and their counsel shall refrain from any other communications with third parties, including media, concerning the *Murray* Action or this Settlement Agreement. The parties and their counsel further agree that they shall not issue any press release or make any similar public disclosure of the settlement, the terms thereof or the negotiations which culminated in this Settlement Agreement, or of any facts or allegations comprising the *Murray* Action. The undersigned agree to respond to any inquiries from non-parties regarding this Settlement Agreement solely by stating that the matter has been settled. They shall otherwise have no comment.

11. **Entire Agreement**. This Settlement Agreement constitutes the entire agreement between the parties with regard to the subject matter. This Settlement Agreement supersedes all prior negotiations and agreements on the subject matter.

12. **Modification**. This Settlement Agreement may not be modified or amended except in writing, signed by all parties.

13. **Execution**. This Settlement Agreement may be executed in counterparts. Photocopies and facsimile copies of executed copies of this Settlement Agreement may be treated as originals.

14. **Successors**. Each and every term of this Settlement Agreement shall be binding upon and inure to the benefit of Plaintiff, the Settling Claimants, and any of their successors and

7

personal representatives, and shall bind and shall inure to the benefit of the Released Parties, all of which persons and entities are intended to be beneficiaries of this Settlement Agreement.

15. **Governing Law.** This Settlement Agreement shall be governed by and interpreted in accordance with the laws of the State of Illinois.

IN WITNESS WHEREOF, the parties, for themselves and upon the advice of counsel of their choosing, hereunder sign their names on the dates indicated.

**NANCY R. MURRAY**

_____ /___/___/___
Nancy R. Murray          DATE

**TAMMY WANEK**

_____ /___/___/___
Tammy Wanek              DATE

**MICHELLE MURRAY**

_____ /___/___/___
Michelle Murray          DATE

**JASON WANEK**

_____ /___/___/___
Jason Wanek              DATE

**GMAC MORTGAGE LLC**

By:_____ /___/___/___
                         DATE

Its:_____

**Approving as to form:**

By: _____ /___/___/___
                     DATE
Daniel A. Edelman
Thomas E. Soule
EDELMAN, COMBS,
LATTURNER, & GOODWIN LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
*Counsel for Plaintiff and the Class*

By:_____ /___/___/___
                         DATE
Thomas J. Cunningham
J. Matthew Goodin
LOCKE LORD BISSELL & LIDDELL, LLP
111 South Wacker Drive
Chicago, Illinois 60606

*Counsel for GMAC Mortgage LLC*

8

## Thomas Soule

| | |
|---|---|
| **From:** | Thomas Soule |
| **Sent:** | Monday, April 14, 2008 11:16 AM |
| **To:** | 'Cunningham, Thomas J.'; 'Goodin, Matthew' |
| **Subject:** | Murray v GMAC Mortgage |
| **Attachments:** | GMAC Mortgage settlement signatures.pdf |

Counsel:

Please find attached the signatures of our clients on the settlement agreement between Nancy Murray and GMAC Mortgage.  Please forward your clients' signatures, and information as to the timing and occurrence of the wire transfer, as soon as possible.

Thank you.

Tom

Thomas E. Soule, Esq.
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 917-4535 (direct)
(312) 419-0379 (fax)



4/23/2008

personal representatives, and shall bind and shall inure to the benefit of the Released Parties, all of which persons and entities are intended to be beneficiaries of this Settlement Agreement.

    15.   <u>Governing Law</u>. This Settlement Agreement shall be governed by and interpreted in accordance with the laws of the State of Illinois.

    IN WITNESS WHEREOF, the parties, for themselves and upon the advice of counsel of their choosing, hereunder sign their names on the dates indicated.

NANCY R. MURRAY

_____ 4 / 13 / 08
Nancy R. Murray        DATE

MICHELLE MURRAY

_____ / / /
Michelle Murray       DATE

TAMMY WANEK

_____ / / /
Tammy Wanek       DATE

JASON WANEK

_____ / / /
Jason Wanek       DATE

GMAC MORTGAGE LLC

By:_____ / / /
                DATE

Its:_____

Approving as to form

By:_____ 4 / 14 / 08
            DATE
Daniel A. Edelman
Thomas E. Soule
EDELMAN, COMBS,
LATTURNER, & GOODWIN LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
*Counsel for Plaintiff and the Class*

By:_____ / / /
            DATE
Thomas J. Cunningham
J. Matthew Goodin
LOCKE LORD BISSELL & LIDDELL, LLP
111 South Wacker Drive
Chicago, Illinois 60606

*Counsel for GMAC Mortgage LLC*

CH1 1471442v.3

personal representatives, and shall bind and shall inure to the benefit of the Released Parties, all of which persons and entities are intended to be beneficiaries of this Settlement Agreement.

15. <u>Governing Law.</u> This Settlement Agreement shall be governed by and interpreted in accordance with the laws of the State of Illinois.

IN WITNESS WHEREOF, the parties, for themselves and upon the advice of counsel of their choosing, hereunder sign their names on the dates indicated.

NANCY R. MURRAY                                TAMMY WANEK

_____ / / /          _____ 14 12 08
Nancy R. Murray         DATE          Tammy Wanek              DATE

MICHELLE MURRAY                        JASON WANEK

_____ / / /          _____ / / /
Michelle Murray         DATE          Jason Wanek              DATE


                                  GMAC MORTGAGE LLC

                                  By: _____ / / /
                                                              DATE
                                  Its: _____

Approving as to form:

By: _____ / / /          By: _____ / / /
                    DATE                              DATE
Daniel A. Edelman                      Thomas J. Cunningham
Thomas E. Soule                        J. Matthew Goodin
EDELMAN, COMBS,                        LOCKE LORD BISSELL & LIDDELL, LLP
LATTURNER, & GOODWIN LLC               111 South Wacker Drive
120 South LaSalle Street, Suite 1800   Chicago, Illinois 60606
Chicago, Illinois 60603
*Counsel for Plaintiff and the Class*  *Counsel for GMAC Mortgage LLC*

personal representatives, and shall bind and shall inure to the benefit of the Released Parties, all of which persons and entities are intended to be beneficiaries of this Settlement Agreement.

15. <u>Governing Law</u>. This Settlement Agreement shall be governed by and interpreted in accordance with the laws of the State of Illinois.

IN WITNESS WHEREOF, the parties, for themselves and upon the advice of counsel of their choosing, hereunder sign their names on the dates indicated.

NANCY R. MURRAY                              TAMMY WANEK

_____ / / /                        _____ / / /
Nancy R. Murray          DATE                Tammy Wanek              DATE

MICHELLE MURRAY                              JASON WANEK

_Michelle Murray_ 4/12/08                    _____ / / /
Michelle Murray          DATE                Jason Wanek              DATE


                                             GMAC MORTGAGE LLC

                                             By:_____ / / /
                                                                     DATE
                                             Its:_____

Approving as to form:

By: _____ / / /                    By: _____ / / /
                    DATE                                         DATE
Daniel A. Edelman                            Thomas J. Cunningham
Thomas E. Soule                              J. Matthew Goodin
EDELMAN, COMBS,                              LOCKE LORD BISSELL & LIDDELL, LLP
LATTURNER, & GOODWIN LLC                     111 South Wacker Drive
120 South LaSalle Street, Suite 1800         Chicago, Illinois 60606
Chicago, Illinois 60603
*Counsel for Plaintiff and the Class*        *Counsel for GMAC Mortgage LLC*

personal representatives, and shall bind and shall inure to the benefit of the Released Parties, all of which persons and entities are intended to be beneficiaries of this Settlement Agreement.

   15.   <u>Governing Law</u>. This Settlement Agreement shall be governed by and interpreted in accordance with the laws of the State of Illinois.

   IN WITNESS WHEREOF, the parties, for themselves and upon the advice of counsel of their choosing, hereunder sign their names on the dates indicated.

NANCY R. MURRAY                          TAMMY WANEK

_____ / / /                    _____ / / /
Nancy R. Murray          DATE            Tammy Wanek              DATE

MICHELLE MURRAY                          JASON WANEK

_____ / / /                    _____ 4/12/08
Michelle Murray          DATE            Jason Wanek              DATE


                                         GMAC MORTGAGE LLC

                                         By:_____ / / /
                                                              DATE
                                         Its:_____

Approving as to form:

By: _____ / / /                By: _____ / / /
                    DATE                                      DATE
Daniel A. Edelman                        Thomas J. Cunningham
Thomas E. Soule                          J. Matthew Goodin
EDELMAN, COMBS,                          LOCKE LORD BISSELL & LIDDELL, LLP
LATTURNER, & GOODWIN LLC                 111 South Wacker Drive
120 South LaSalle Street, Suite 1800     Chicago, Illinois 60606
Chicago, Illinois 60603
*Counsel for Plaintiff and the Class*    *Counsel for GMAC Mortgage LLC*

**Thomas Soule**

| | |
|---|---|
| **From:** | Thomas Soule |
| **Sent:** | Sunday, April 20, 2008 5:26 PM |
| **To:** | 'Cunningham, Thomas J.'; Goodin, Matthew |
| **Cc:** | Tara Goodwin |
| **Subject:** | GMAC Mortgage |

Counsel:

We have a letter here from Rocco Spagna of the settlement conference office saying that we are to file a motion for voluntary dismissal by April 21, 2008 (that is, tomorrow). We are still waiting on your client's signature, and payment under the agreement.

I will be out of the office, in Fort Wayne, tomorrow. You can forward the settlement agreement signatures from your client to Tara Goodwin, in my absence, and arrange with her any necessary actions regarding a wire transfer.

Thanks again for your prompt attention to this matter.

Tom

Thomas E. Soule, Esq.
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 917-4535 (direct)
(312) 419-0379 (fax)

EXHIBIT
$\Lambda$

## Thomas Soule

| | |
|---|---|
| From: | Thomas Soule |
| Sent: | Thursday, April 17, 2008 7:50 PM |
| To: | 'Goodin, Matthew'; 'Cunningham, Thomas J.' |
| Cc: | Tara Goodwin |
| Subject: | Settlement in Murray v GMAC Mortgage |

Please get back in touch regarding settlement, including your client's signatures and the transfer of funds to our account as previously discussed. I will be out of the office on Friday and Monday, at depositions. In my absence, Tara Goodwin in our office can answer procedural questions about the transfer, to ensure that it goes through smoothly.

Thanks--
Tom


Thomas E. Soule, Esq.
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 917-4535 (direct)
(312) 419-0379 (fax)

# EXHIBIT 2



CORPORATION SERVICE COMPANY®

# Notice of Service of Process

CZG / ALL
**Transmittal Number: 5889036**
**Date Processed: 07/08/2008**

| | |
|---|---|
| **Primary Contact:** | Manish Verma<br>GMAC Mortgage Corp.<br>1100 Virginia Drive<br>Fort Washington, PA 19034 |

| | |
|---|---|
| **Entity:** | GMAC Mortgage, LLC<br>Entity ID Number  2455042 |
| **Entity Served:** | GMAC Mortgage LLC |
| **Title of Action:** | Nancy Murray vs. GMAC Mortgage LLC f/k/a GMAC Mortgage Corporation d/b/a Ditech.com |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court:** | Cook  Circuit  Court, Illinois |
| **Case Number:** | 2008L006621 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 07/08/2008 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Plaintiff's Attorney:** | Karl L. Halperin<br>773-481-2700 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

CCG N001-10M-1-07-05 (                    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW _____ DIVISION

2008L006621
CALENDAR/ROOM Y
TIME 00:00
Breach of Contract

(Name all parties)
Nancy Murray, Michelle Murray, tammy Wanek, Jason
Wanek and Edelman, Combs, Latturner & Goodwin LLC

v.

GMAC Mortgage LLC f/k/a GMAC Mortgage Corporation
d/b/a DITECH. COM

No. _____

GMAC Mortgage LLC
c/o Registered Agent:
Illinois Corporation Service
801 Adlai Stevenson Dr.
Springfield, Illinois 62703

**SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801 _____, Chicago, Illinois 60602

| | | |
|---|---|---|
| ☐ District 2 - Skokie<br>5600 Old Orchard Rd.<br>Skokie, IL 60077 | ☐ District 3 - Rolling Meadows<br>2121 Euclid<br>Rolling Meadows, IL 60008 | ☐ District 4 - Maywood<br>1500 Maybrook Ave.<br>Maywood, IL 60153 |
| ☐ District 5 - Bridgeview<br>10220 S. 76th Ave.<br>Bridgeview, IL 60455 | ☐ District 6 - Markham<br>16501 S. Kedzie Pkwy.<br>Markham, IL 60426 | ☐ Child Support<br>28 North Clark St., Room 200<br>Chicago, Illinois 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

JUN 18 2008

WITNESS, _____, _____

Atty. No.: 90132
Name: ROSENFIELD, KAPLAN & HALPERIN
Atty. for: Plaintiffs
Address: 6160 N. Cicero #320
City/State/Zip: Chicago, IL 60646
Telephone: 773/481-2700

Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____

(Area Code)    (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS