U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| NANCY MURRAY, MICHELLE MURRAY, TAMMY WANEK, JASON WANEK, and EDELMAN, COMBS, LATTURNER & GOODWIN, LLC, Plaintiffs, vs. GMAC MORTGAGE, LLC, doing business as DITECH.COM, Defendant. | FILED: AUG 05, 2008<br>08CV4407<br>JUDGE ANDERSON<br>MAGISTRATE JUDGE COLE<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GMAC MORTGAGE, LLC

| NAME (Type or print) |
|---|
| Thomas J. Cunningham |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Thomas J. Cunningham |

| FIRM |
|---|
| Locke Lord Bissell & Liddell LLP |

| STREET ADDRESS |
|---|
| 111 South Wacker Drive |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606-4410 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6215928 | (312)443-1731 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐