IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANCY MURRAY, MICHELLE MURRAY, TAMMY WANEK, JASON WANEK, and EDELMAN, COMBS, LATTURNER & GOODWIN, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE LLC, formerly known as GMAC MORTGAGE CORPORATION, doing business as DITECH.COM,<br><br>Defendant. | Case No. 08-CV-4407<br><br>Judge Andersen<br><br>Magistrate Judge Cole |

## GMAC MORTGAGE, LLC'S MOTION TO DISMISS

Defendant, GMAC Mortgage, LLC ("GMACM"), by its attorneys, Thomas J. Cunningham, Simon Fleischmann, and Julia C. Webb respectfully moves this Court for an order dismissing Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of its Motion, GMACM states as follows:

1.  Plaintiffs sued GMACM in this case for breach of contract, seeking to enforce an alleged settlement agreement that was entered in *Nancy Murray v. GMAC Mortgage Corp.*, No. 05 C 1229 (N.D. Ill.), Appeal No. 07-2776. The Seventh Circuit already resolved this dispute in favor of GMACM on the merits, however, and Plaintiffs are therefore barred from re-litigating this dispute by the doctrines of *res judicata* and collateral estoppel. Plaintiffs request that this Court review and overturn the Seventh Circuit decision by way of a separate lawsuit. Plaintiffs' assertion of a separate action under these circumstances is wrongful and should not be tolerated. The Court should dismiss this case with prejudice.

CHI1 1516640v.1

3.  Plaintiffs' Complaint should also be dismissed for the same reasons previously presented by GMACM to the Seventh Circuit: Plaintiffs cannot state a claim for breach of contract because it is impossible for Plaintiffs to perform their obligations under the alleged contract. *See Burke v. Lakin Law Firm*, No. 07-cv-0076-MJR, 2008 U.S. Dist. LEXIS 241, *5 (S.D. Ill. Jan. 3, 2008).

4.  As set forth in detail in the accompanying Memorandum in Support of Defendant's Motion to Dismiss, which is hereby incorporated by reference, GMACM's motion should be granted.

WHEREFORE, GMAC Mortgage, LLC respectfully requests that this Court enter an Order dismissing Plaintiffs' Complaint, with prejudice, under Federal Rule of Civil Procedure 12(b)(6), and awarding such further relief as this Court deems just and appropriate.

DATED: August 11, 2008                    Respectfully Submitted,

                                          GMAC MORTGAGE, LLC


                                          By:  /s/ Simon A. Fleischmann
                                               One of Its Attorneys

Thomas J. Cunningham (6215928)
Simon A. Fleischmann (6274929)
Julia C. Webb (6294050)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL  60606-4410
Telephone:  312.443.0731
Facsimile:  312.896.6731

## CERTIFICATE OF SERVICE

The undersigned on oath states that he served the foregoing on:

Karl Halperin
Rosenfield, Kaplan & Halperin
6160 North Cicero Avenue, Suite 320
Chicago, IL 60646

by placing said document into a properly addressed envelope, first class postage prepaid, and placing said envelope into the U.S. Mail depository located at 111 South Wacker Drive, Chicago, Illinois on August 11, 2008 before the hour of 5:00 p.m.


DATED: August 11, 2008

By:   /s/ Simon A. Fleischmann
      Simon A. Fleischmann