IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANCY MURRAY, MICHELLE MURRAY, TAMMY WANEK, JASON WANEK, and EDELMAN, COMBS, LATTURNER & GOODWIN, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE LLC, formerly known as GMAC MORTGAGE CORPORATION, doing business as DITECH.COM,<br><br>Defendant. | Case No. 08-CV-4407<br><br>Judge Andersen<br><br>Magistrate Judge Cole |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, September 4, 2008, at 9:00 a.m.**, I shall appear before Judge Wayne R. Andersen, or any judge sitting in his stead in Courtroom 1403 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present **Defendant GMAC Mortgage, LLC's Motion to Dismiss**, a duplicate of which is hereby served upon you.

DATED: August 11, 2008

Respectfully Submitted,

GMAC MORTGAGE, LLC

By: __/s/ Simon A. Fleischmann__
    One of Its Attorneys

Thomas J. Cunningham (6215928)
Simon A. Fleischmann (6274929)
Julia C. Webb (6294050)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606-4410
Telephone: 312.443.0731
Facsimile: 312.896.6731

CHI1 1516883v.1

## CERTIFICATE OF SERVICE

The undersigned on oath states that he served the foregoing on:

Karl Halperin
Rosenfield, Kaplan & Halperin
6160 North Cicero Avenue, Suite 320
Chicago, IL 60646

by placing said document into a properly addressed envelope, first class postage prepaid, and placing said envelope into the U.S. Mail depository located at 111 South Wacker Drive, Chicago, Illinois on August 11, 2008 before the hour of 5:00 p.m.


DATED: August 11, 2008

By:   /s/ Simon A. Fleischmann
      Simon A. Fleischmann

CHI1 1516883v.1